UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-21027-KMM



PNC BANK, NATIONAL ASSOCIATION,

     *Plaintiff,*

v.

THE FRESH DIET, INC. f/k/a YS CATERING, LLP
f/k/a YS CATERING, INC., SCHER ZALMAN
DUCHMAN a/k/a SCHER Z DUCHMAN, DEBORAH
LEAH DUCHMAN a/k/a DEBORAH L DUCHMAN,
LATE NIGHT EXPRESS COURIER SERVICES,
INC., THE WAVES CONDOMINIUM
ASSOCIATION, INC., and AGE OF EMPIRE, INC.,

     *Defendants.*

SCHER ZALMAN DUCHMAN, an individual, and
DEBORAH L. DUCHMAN, an individual,

     *Third-Party Plaintiffs*

v.

INNOVATIVE FOOD HOLDINGS, INC., a Florida
corporation, FEDERAL ACQUISITION CORP., a
Florida corporation, and SAM KLEPFISH, an
individual,

     *Third-Party Defendants.*

_____/

**MEDIATION DISPOSITION REPORT**

     A Mediation conference was conducted on March 28, 2018. The conference resulted

in the following:

     1.     The following attorneys, parties, corporate representatives, and/or claims

professionals attended and participated in the mediation conference:

          (a)     Plaintiff, PNC Bank, National Association, and its trial counsel,

Howard Toland, Esquire.

(b)      Defendants/Third Party Plaintiffs, Scher Zalman Duchman a/k/a Scher Z. Duchman, and Deborah Leah Duchman a/k/a Deborah L. Duchman (through her agent with power of attorney), and their trial counsel, Michael Bernstein, Esquire.

(c)      Third-Party Defendants, Innovative Food Holdings, Inc.'s and Sam Klepfish (through his agent with power of attorney), and their trial counsel, Jason S. Koslowe, Esquire.

2.      The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered: None. [Additionally, on the day (March 28, 2018) that the mediation was conducted Plaintiff, PNC BANK, NATIONAL ASSOCIATION, voluntarily dismissed without prejudice its Complaint as to Defendant, THE WAVES CONDOMINIUM ASSOCIATION, INC., by reason of which said Defendant, THE WAVES CONDOMINIUM ASSOCIATION, INC., did not participate in or attend the mediation conference conducted March 28, 2018.]

3.      The claims of Plaintiff, PNC Bank, National Association, against Defendants, Scher Zalman Duchman a/k/a Scher Z. Duchman, and Deborah Leah Duchman a/k/a Deborah L. Duchman case were completely settled.  Counsel for those parties shall submit a stipulation for dismissal or other final disposition.

4.      Defendants/Third Party Plaintiffs, Scher Zalman Duchman and his wife, Scher Z. Duchman, did not settle the remaining claims set forth in their Third-Party Complaint against Third-Party Defendants, Innovative Food Holdings, Inc. and Sam Klepfish.

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2018 a copy of the above was sent via Electronic Mail to: **Howard Toland, Esquire,** htoland@mitrani.com; ssilver@mitrani.com; **Michael Bernstein, Esquire,** michael@bernstein-lawfirm.com; Kristen@bernstein-lawfirm.com; **Maria A. Fehretdinov, Esquire,** mfehretdinov@stearnsweaver.com; **Jordan Kaplan, Esquire,** Jordan@bernstein-lawfirm.com; Kristen@bernstein-lawfirm.com; **Jason S. Koslowe, Esquire,** jkoslowe@stearnsweaver.com; **Candace C. Solis, Esquire,** csolis@bplegal.com; **Howaqrd J. Perl, Esquire,** hperl@beckerlawyers.com; mirservicemail@bplegal.com.

Respectfully submitted,

Samuel L. Heller, Mediator
Mediator # 5788 QRA
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 407-661-5743
Cell Phone: 954-865-9900
E-Mail: sheller@uww-adr.com

ROYAL PALM II AT SOUTHPOINTE
SOUTH PINE ISLAND ROAD, SUITE 410
PLANTATION, FL 33324

Wilkie D. Ferguson, Jr. U.S. Courthouse
ATTN: Clerk of Court
400 North Miami Avenue
Miami, FL 33128
33128-771699